

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

July 17, 2025

Hon. Rukhsanah L. Singh
United States Magistrate Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: *SEC v. Anthony Mastroianni, Jr., and Global Business Development and Consulting Corp.,* 22-cv-5080 (MAS/RLS)

Dear Judge Singh:

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") and Defendants Anthony Mastroianni ("Mastroianni") and Global Business Development & Consulting Corp. ("GBDCC") jointly submit this status letter pursuant to the Court's June 30, 2025 Docket Order.

As the parties previously reported to the Court (Dkt. Nos. 18, 20 & 22), Mastroianni was sentenced to 45 months of incarceration in his parallel criminal case, *United States v. Mastroianni*, 23-cr-00717 (D.N.J.) (RK). (Crim. Dkt. No. 33.) A restitution order in the amount of the $1,369,057.00 was also entered. (*Id*.)

In this civil case, the SEC staff and Mastroianni have agreed to a settlement in principle that, if authorized by the Commission itself and approved by the Court, would resolve all issues in this case as to Mastroianni. The authorization process was delayed because Mastroianni, who is incarcerated, inadvertently executed an incorrect document when attempting to execute the consent to the proposed judgment. Defense counsel has resent the correct document to Mastroianni for execution. Upon receipt of the executed consent, the SEC staff will proceed with the authorization process.

The SEC also intends to voluntarily dismiss GBDCC pursuant to FRCP 41(a)(1)(A)(i) assuming the entry of a consent judgment as to Mastroianni.

Hon. Rukhsanah L. Singh
July 17, 2025
Page 2

                        Respectfully Submitted

                        /s/ Christopher J. Dunnigan
                        Christopher J. Dunnigan
                        Senior Trial Counsel

cc (by email):  Anthony Varbero, Esq.
                *Counsel for Defendants*
                *Mastroianni and GBDCC*